

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00030-CR

Jorge Rene **VELASCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000108-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On March 23, 2022, we ordered court reporter David Laurel to file his portion of the reporter's record by April 22, 2022. On May 3, 2022, Mr. Laurel filed a notification of late record requesting an extension until May 20, 2022. After consideration, we **grant** the extension and **order** Mr. Laurel to file his portion of the record **by May 20, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court